**No. 42047.**—Protest 12478-G of C. Willenborg & Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel embroidered trimmings were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 42048.**—Protest 221827-G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. The record showed that certain items consist of Normandy laces similar to those involved in *Amrein* v. *United States* (T. D. 49551) and embroidered articles in part of trimmings like those the subject of *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 42049.**—Protests 193221-G, etc., of Lord & Taylor (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396), Abstract 12555, *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065), and *United States* v. *Amrein* (26 id. 353, C. A. D. 40) embroidered trimmings, filet lace articles, Normandy lace articles, and embroidered sachets, wearing apparel, cushions, and handkerchiefs were held dutiable at 75 percent under paragraph 1430. Artificial flowers similar to those the subject of *Robinson-Goodman* v. *United States* (17 C. C. P. A. 149, T. D. 43473) were held dutiable at 60 percent under paragraph 1419.

BEFORE THE FIRST DIVISION, SEPTEMBER 5, 1939

**No. 42050.**—Protest 967119-G/88060 of N. Shure Co. (Chicago).

Opinion by SULLIVAN, J. The sample was described as a joke article. When imported it is wrapped and when the wrapping is cut it divides into two parts. The article when joined is shaped like a bullet. It is composed of wood. It separates approximately at the place where the lead part of the bullet enters the copper shell. It was held that the article by design, construction, or purpose would not attract the interest of children or be used by them for amusement. The claim at 33⅓ percent under paragraph 412 was sustained.

**No. 42051.**—Protest 977612-G of Langfelder, Homma & Hayward, Inc. (Galveston).

Opinion by SULLIVAN, J. No evidence was offered in support of the claims made. On the record presented the protest was overruled.